In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Opening and Extending Tri-Borough Bridge Plaza from 31st Street (2nd Avenue) to 47th Street (17th Avenue) and the Grand Central Parkway Extension from 47th Street to Northern Boulevard in the Borough of Queens; DEGNON REALTY AND TERMINAL IMPROVEMENT COMPANY, Appellant.

Argued January 5, 1939; decided February 21, 1939.

*Bernard L. Bermant, Isaac E. Bermant* and *Henry Herz* for appellant.

*William C. Chanler, Corporation Counsel (Lewis Orgel, Julius Isaacs* and *Daniel M. Cohen* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.